# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WYATT SCOTT PETERSON,<br><br>Defendant. | 2:16-mj-808-NJK<br><br>ORDER |

IT IS SO ORDERED that the Criminal Complaint in the captioned case be unsealed.

DATED this 6th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3