# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-808-NJK |
| Plaintiff, | ORDER |
| vs. | |
| WYATT SCOTT PETERSON, | |
| Defendant. | |

IT IS SO ORDERED that the criminal case in the captioned matter be unsealed in its entirety.

DATED this 9th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3