UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WYATT PETERSON,<br><br>　　　　　Defendant. | Case No. 2:16-mj-808-NJK<br><br>**ORDER**<br><br>(Docket No. 23) |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 17, 2017 at the hour of 4:00 p.m., be vacated and continued to  August 3, 2017  at the hour of  4:00 p.m.  .

　　　DATED  April 6, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE