```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  Nevada State Bar No. 11479
    RAQUEL LAZO
 3  Assistant Federal Public Defender
    Nevada State Bar No. 8540
 4  411 E. Bonneville, Ste. 250
    Las Vegas, Nevada 89101
 5  (702) 388-6577/Phone
    (702) 388-6261/Fax
 6  Raquel_Lazo@fd.org

 7  Attorney for Wyatt Peterson
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-mj-808-NJK |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| WYATT PETERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Peterson, that the Preliminary Hearing currently scheduled on April 17, 2017 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested continuance, defense counsel has made some progress in reviewing all the surveillance discovery provided to date. It is a tedious task to review all

the surveillance with Mr. Peterson at the jail. Additional time is needed to continue the review process.

2. Additionally, the parties are still actively attempting to negotiate this matter short of an indictment.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 26th day of July, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYATT PETERSON,<br><br>　　　　Defendant. | Case No. 2:16-mj-808-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 3, 2017 at the hour of 4:00 p.m., be vacated and continued to December 4, 2017, at 4:00 p.m., in Courtroom 3D.

　　DATED this 26th of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3