1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Wyatt Peterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-808-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Seventh Request) |
| WYATT PETERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wyatt Peterson, that the Preliminary Hearing currently scheduled on March 12, 2018 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Initially, the parties recognize that in the last requested stipulation they advised the court that they did not anticipate any further continuances absent extraordinary circumstances. Since the last requested continuance, defense counsel met with Mr. Peterson

via video. Defense counsel then attempted to meet with Mr. Peterson in person at the jail on February 26, 2018. Due to visitation issues, defense counsel was unable to meet with Mr. Peterson as planned.

2. Defense counsel wishes to visit Mr. Peterson in person. She is unable to do so, however, until the day after the currently scheduled preliminary hearing date.

3. The requested continuance would give defense counsel an opportunity to attempt to meet with Mr. Peterson in order to determine whether he wishes to execute a plea agreement. If not, the requested time will permit the government sufficient time to proceed with seeking an indictment.

4. The parties do not anticipate any further continuances absent extraordinary circumstances.

5. Defendant is incarcerated and does not object to a continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 27th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WYATT PETERSON,<br><br>    Defendant. | Case No. 2:16-mj-808-NJK<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 12, 2018 at the hour of 4:00 p.m., be vacated and continued to April 16, 2018, at 4:00 p.m., in Courtroom 3B.

    DATED this February 28, 2018.

_____
UNITED STATES MAGISTRATE JUDGE